## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Thomas, Jeffrey

Thomas, Sherri C

Printed: 03/24/09

Case Number:  07 B 16677

Judge:  Goldgar, A. Benjamin

Filed:  9/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: February 10, 2009

Confirmed:  November 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,440.00 |  |
| Secured: |  | 8,377.54 |
| Unsecured: |  | 0.00 |
| Priority: |  | 840.60 |
| Administrative: |  | 1,533.00 |
| Trustee Fee: |  | 688.86 |
| Other Funds: |  | 0.00 |
| Totals: | 11,440.00 | 11,440.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,533.00 | 1,533.00 |
| 2. | Citizens Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 36,510.48 | 8,377.54 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 14,393.83 | 782.30 |
| 6. | Internal Revenue Service | Priority | 1,072.70 | 58.30 |
| 7. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 214.53 | 0.00 |
| 9. | Galway Financial Service | Unsecured | 830.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 380.63 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 2,832.48 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 2,390.25 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 156.49 | 0.00 |
| 14. | NCS | Unsecured | 1,163.56 | 0.00 |
| 15. | NCO Financial Services Inc | Unsecured | 264.34 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 178.90 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 440.00 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 830.00 | 0.00 |
| 19. | Cook County Treasurer | Secured | | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 21. | Armor Systems Co | Unsecured | | No Claim Filed |
| 22. | Account Recovery Service | Unsecured | | No Claim Filed |
| 23. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 63,191.19 | $ 10,751.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Jeffrey

Thomas, Sherri C

Printed: 03/24/09

Case Number:  07 B 16677

Judge:  Goldgar, A. Benjamin

Filed:  9/13/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 277.56 |
| 6.5% | 292.50 |
| 6.6% | 118.80 |
| | $ 688.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: